RALPH HEYWARD ISHAM, PLAINTIFF-RESPONDENT, v. UNION COUNTY TRUST COMPANY, EXECUTOR, ETC., DEFENDANT-PETITIONER.

See same case below: 7 *N. J. Super.* 488.

September 25, 1950.   Denied.

CHARLES HAGER, PLAINTIFF-PETITIONER, v. CHARLES WEBER, DEFENDANT-RESPONDENT.

See same case below: 8 *N. J. Super.* 252.

*Mr. Francis M. Seaman* for the petitioner.

*Mr. John C. Stockel* for the respondent.

October 2, 1950.   Granted.